# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| LAMPLIGHT VILLAGE AT CENTENNIAL SPRINGS HOMEOWNERS ASSOCIATION, A NEVADA NON-PROFIT CORPORATION,<br>Appellant,<br>vs.<br>CARL THOMPSON, AN INDIVIDUAL,<br>Respondent. | No. 77621<br><br>**FILED**<br><br>JAN 16 2020<br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY_____<br>DEPUTY CLERK |
| LAMPLIGHT VILLAGE AT CENTENNIAL SPRINGS HOMEOWNERS ASSOCIATION, A NEVADA NON-PROFIT CORPORATION,<br>Appellant,<br>vs.<br>CARL THOMPSON, AN INDIVIDUAL,<br>Respondent. | No. 77732 |
| LAMPLIGHT VILLAGE AT CENTENNIAL SPRINGS HOMEOWNERS ASSOCIATION, A NEVADA NON-PROFIT CORPORATION,<br>Appellant,<br>vs.<br>CARL THOMPSON, AN INDIVIDUAL,<br>Respondent. | No. 78660 |

## ORDER DISMISSING APPEALS

These are consolidated appeals from a judgment after jury verdict, an order granting a motion to amend and an amended judgment on jury verdict, and an order awarding attorney fees and costs. Eighth Judicial District Court, Clark County; Joseph Hardy, Jr., Judge.

20-02148

Pursuant to the stipulation of the parties, and cause appearing, these consolidated appeals are dismissed.[1] The parties shall bear their own costs and attorney fees.  NRAP 42(b).

It is so ORDERED.[2]

_____, J.
Gibbons

_____, J.          _____, J.
Stiglich                                                          Silver

cc:    Hon. Joseph Hardy, Jr., District Judge
         Thomas J. Tanksley, Settlement Judge
         A. William Maupin
         Boyack Orme & Anthony
         Horvitz & Levy, LLP
         Matthew L. Sharp, Ltd.
         Lewis Roca Rothgerber Christie LLP/Las Vegas
         Lasso Injury Law, LLC
         Claggett & Sykes Law Firm
         Eighth District Court Clerk

---

[1]The motions to withdraw as counsel of record for appellant are granted.  The clerk shall remove Edward D. Boyack, Patrick A. Orme, and Boyack Orme & Anthony; and Jason R. Litt, Horvitz & Levy, and A. William Maupin as counsel for appellant.  Appellant continues to be represented by attorney Matthew L. Sharp of Matthew L. Sharp, Ltd.

[2]The clerk of this court shall strike the following documents: the objection to notice of association of counsel and the objection to stipulation to dismiss appeals, filed on December 5, 2019; the supplement to objection to stipulation to dismiss appeals, filed on December 6, 2019, and; the reply to response to objection filed on December 9, 2019.  These documents are not properly before this court because they were filed on behalf of a nonparty, QBE Insurance Corporation.